IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DISTRICT)

| | | |
|---|---|---|
| BYRON JOHNSON | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 07-cv-02069-WMN |
| CHESTER RIVER HOSPITAL CENTER, et al | * | |
| | * | |
| Defendants | | |

* * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the parties, by undersigned counsel, and pursuant to Federal Rule 41 of the Federal Rules of Procedure, stipulate and agree that all claims against the Defendants, Scott Glasser, M.D. and Margaret McDonough, D.O. in this proceeding are dismissed with prejudice.

_/s/ Gloria Worch / MP Maguire_
Gary R. Jones, Federal Bar No. 06402
Gloria A. Worch, Federal Bar No. 22786
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
*Attorneys for Defendant, Scott A. Glasser, M.D.*

_/s/ Mairi Pat Maguire_
Mairi Pat Maguire - Federal Bar No. 10990
Whiteford, Taylor & Preston L.L.P.
7 St. Paul Street
Baltimore, Maryland 21202
*Attorneys for Defendant,
Margaret M. McDonough, D.O.*

*[signature]*
Domenic R. Iamele
Anton L. Iamele
Iamele & Iamele, LLP
201 N. Charles Street, Suite 700
Baltimore, Maryland 21201
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2009, a copy of the Stipulation of Dismissal With Prejudice of Defendants, Scott Glasser, M.D. and Margaret McDonough, D.O. was electronically filed and mailed first class, postage prepaid, to:

>Anton L. Iamele, Esquire
>Iamele & Iamele, LLP
>201 N. Charles Street, Suite 700
>Baltimore, Maryland 21201
>
>*Attorneys for Plaintiff*
>
>Gloria A. Worch, Esquire
>Baxter, Baker, Sidle, Conn & Jones, P.A.
>120 E. Baltimore Street, Suite 2100
>Baltimore, Maryland 21202
>
>*Attorneys for Defendant, Scott A. Glasser, M.D.*

*[signature]*
Mairi Pat Maguire - Federal Bar No. 10990

*1845230*